IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. S1-4:05CR00605 HEA |
| | ) |
| VIRGIL LEE JACKSON and | ) |
| GLEN THOMAS DOTSON, | ) |
| | ) |
| Defendants. | ) |

## INTERIM PAYMENT ORDER

This matter is before the Court upon Motion of Defendant Glen Thomas Dotson, counsel appointed under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A, to declare the case complex or extended and to provide an interim payment.

Although permitted by statute, interim payments are not generally authorized in non-death penalty cases unless such payments are necessary and appropriate to relieve appointed counsel of the financial hardships imposed by an extended and complex criminal case. Vol. II Guide to Judiciary Policies and Procedures Appointment of Counsel in Criminal Cases, ¶ 2.30A (Administrative Office of the United States Courts) (hereinafter referred to as the Guide). The undersigned believes that an interim payment is both necessary and appropriate in this case. Therefore, counsel's Motion is **GRANTED.**

The CJA and the Guide set forth the procedures for securing the payment of fees and the reimbursement of expenses under the CJA. In addition to these procedures, the following supplemental procedures shall also apply in this case:

1. <u>Submission of an Interim Voucher</u>

Counsel shall submit to the Clerk of the Court an interim voucher (CJA Form 20), "Appointment of and Authority to Pay Court Appointed Counsel." Compensation shall be claimed at the rate of $92/hour for both in-court time and out-of-court time. Counsel shall claim compensation earned and reimbursable expenses incurred from the date of appointment through and including January 31, 2007.

Compensation approved by the Court will be authorized for payment at 75% of the total amount approved. The Court will also authorize payment for all approved expenses.

2. <u>Final Voucher</u>

Within 45 days from the conclusion of the proceedings before the District Court, counsel shall submit a Final Voucher seeking payment of the 25% balance withheld from the Interim Voucher, as well as payment for compensation earned and expenses incurred after January 31, 2007. In addition, Counsel shall submit a detailed memorandum containing the following information:

a. the dates covered by the Interim Voucher;

b. the total amount claimed on the Interim Voucher;

c. the total amount of the Interim Voucher approved by the Court for payment; and

d. the amount paid to counsel for the Interim Voucher.

3. <u>Expenses</u>

Counsel will be reimbursed for out-of-pocket expenses reasonably incurred incident to the representation in accordance with the applicable instructions and procedures. Counsel's attention is directed to the instructions and procedures which require that certain expenses be itemized or documented. In particular, counsel is advised that a copy of a paid receipt or canceled check is

2

required for any expense over Fifty and no/100 Dollars ($50.00) and for unusual expenses such as overnight delivery and courier service.

4.  Disclosure

Because the disclosure of certain information contained in the Interim Voucher or the worksheets or attachments thereto may compromise defense strategies, investigative procedures, attorney work product, the attorney-client relationship or privileged information, the Clerk of the court is hereby directed to safeguard the Interim Voucher, including all worksheets and attachments thereto, from public disclosure until all proceedings before the District Court have been concluded. Nothing herein, however, shall be interpreted as prohibiting the Clerk from disclosing to the Circuit Court or to the Administrative Office of the United States Courts such information as may be necessary to process the Interim Voucher for payment.

5.  Miscellaneous

Counsel shall complete the Interim and Final Vouchers in accordance with the CJA, the Guide, and this Order. Counsel may find the following general information helpful:

a.  An interim voucher should clearly be labeled "Interim Voucher" and the final voucher should clearly be labeled "Final Voucher." Interim Vouchers should be sequentially numbered. Additional vouchers may be obtained from the Clerk of the Court.

b.  Both the Interim and Final Voucher shall be supported by worksheets detailing and itemizing in-court time, out-of-court time, travel and other expenses.

3

c.  Compensation for investigative, expert and other services should be claimed directly by the service provider on CJA form 21, "Authorizing and Voucher for Expert and Other Services."

Dated this 14th day of February, 2007.

_____
United States District Judge

---

Dated this ____ day of _____, 2007

APPROVED:

_____
CHIEF JUDGE, UNITED STATES COURT
OF APPEALS FOR THE EIGHTH CIRCUIT

4