```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )   No. S2-4:05 CR 605 HEA
                                 )                      DDN
GLEN DOTSON,                     )
                                 )
            Defendant.           )
```

**REPORT AND RECOMMENDATION REGARDING**
**STATUTORY FINDINGS**
**REGARDING SPEEDY TRIAL ACT WAIVER**

On October 9, 2007, defendant Glen Dotson appeared before the court with counsel for pretrial proceedings. At that time defendant orally waived his rights under the Speedy Trial Act.

The asserted reasons for the defendant's waiver of his Speedy Trial Act rights are the factual complexity of the case, the need for counsel to devote a substantial amount of time to the preparation of the pretrial proceedings and the trial proceedings, and the trial schedules of counsel for both the United States and the defendant. The United States agreed with the factual bases for the waiver of Speedy Trial Act rights.

After hearing the statements of counsel about the case, considering the entire record, and after personally addressing defendant Dotson, the undersigned finds that the ends of justice served by allowing the defendant additional time to prepare for further pretrial and trial proceedings than is currently provided by application of the provisions of the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) and (B)(ii).

Thereupon,

**IT IS HEREBY RECOMMENDED** that the District Judge find and conclude that defendant and his counsel need additional time to prepare defendant's case; and that it may be unreasonable and result in a miscarriage of justice to expect adequate preparation for trial within the time limit established by the Speedy Trial Act.

The parties are advised that they have ten days in which to file written objections to this Report and Recommendation.  The failure to file timely, written objections may waive the right to raise issues of fact on appeal.


      /S/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**


Signed on October 12, 2007.