UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CR605 HEA |
| | ) | |
| GLEN THOMAS DOTSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Magistrate Judge David D. Noce's Report and Recommendation that the Court find and conclude that Defendant and his counsel need additional time to prepare Defendant's case; and that it may be unreasonable and result in a miscarriage of justice to expect adequate preparation for trial within the time limit established by the Speedy Trial Act. No objections to the Report and Recommendation have been filed within the prescribed time period. The Court, therefore need not conduct a *de novo* review and adopts Judge Noce's Recommendation. For the reasons set forth in Judge Noce's Report and Recommendation,

**IT IS HEREBY ORDERED** that the Court finds and concludes that the ends of justice served by allowing Defendant additional time to prepare for further pretrial and trial proceedings than is currently provided by application of the

provisions of the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial.  The Court further finds and concludes Defendant and his counsel need additional time to prepare Defendant's case; and that it may be unreasonable and result in a miscarriage of justice to expect adequate preparation for trial within the time limit established by the Speedy Trial Act.

Dated this 2nd day of November, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE